JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:(415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-0215 MAG |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM APRIL 8, 2009 TO MAY 6, 2009 |
| ISAAC R. BOROWITZ, ) | |
|     Defendants. ) | |

    On April 8, 2009, the parties in this case appeared before the Honorable Edward M. Chen for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from April 8, 2009, to May 6, 2009 for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties also

//
//
//
//
//

Stipulation and Order
CR No. 09-0215 MAG                              1

1  agreed that the ends of justice served by granting such a continuance outweighed the best
2  interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).
3  SO STIPULATED:

4                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
5

6  DATED: 05/05/09                             _____/s/_____
                                                WENDY THOMAS
7                                               Special Assistant United States Attorney

8
   DATED: 05/06/09                             _____/s/_____
9                                               STEVEN B. TAXMAN
                                                Attorney for Isaac R. Borowitz
10

11     As the Court found on April 8, 2009, and for the reasons stated above, the Court finds that an
12  exclusion of time between April 8, 2009, to May 6, 2009, is warranted and that the ends of
13  justice served by the continuance outweighs the best interests of the public and the defendants in
14  a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance
15  would deny defendants and deny defense counsel the reasonable time necessary for effective
16  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
17  of justice. See 18 U.S.C. § 3161(h)(7)(B)(iv).

18

19  SO ORDERED.

20

21  DATED: June 19, 2009

22                                              _____
                                                EDWARD M. CHEN
                                                United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation and Order
CR No. 09-0215 MAG                             2